IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00225-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. STANLEY KNIGHT and
2. RODERICK PENNY,

      Defendants.

## ORDER

This matter comes before the Court on the United States' Unopposed Motion for Protective Order [Docket No. 19]. The United States states that the discovery in this case involves documents containing personal inmate information, witness statements from inmates, and sensitive medical records ("Protected Documents") and that the production of these documents poses a potential threat to Bureau of Prisons security and inmate safety. Additionally, some of these documents contain private or privileged information. The government therefore requests entry of a protective order before it releases the Protected Documents. Counsel for the defendants have no objection to the government's motion.

Wherefore, it is hereby ordered as follows:

1. The government will provide defense counsel with a copy of the Protected Documents on a separate compact disc. Defense counsel shall keep the Protected Documents and any notes or other materials prepared, based upon, or referring to

information in the Protected Documents in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2.  The Protected Documents may be viewed only by defense counsel, the defendants, and members of the defense team, including any defense investigators and staff, as is necessary for the purposes of preparing a defense in this case, and, with respect to staff personnel, the Protected Documents may only be viewed by necessary staff while such persons are operating under the direct supervision and control of defense counsel.  Defense counsel shall ensure that all persons in their offices who handle the Protected Documents read this Order and are informed of their responsibility to safeguard this information.

3.  Defense counsel shall only make such copies of the Protected Documents as is necessary to prepare a defense of this criminal case.  Defense counsel shall keep a written record concerning how many copies are made, to whom those copies are delivered, and the dates of delivery.  Defense counsel shall also provide a copy of this order with the Protected Documents if delivered to other authorized persons.  No person other than defense counsel shall make any copy of the Protected Documents for any purpose whatsoever.

4.  No copies of the Protected Documents shall be provided to the defendants under any circumstances without petition to and further order of the Court.  The defendants may be allowed to view the documents, but only while in the direct presence of the defense counsel and/or investigator.

5.  A copy of this Order shall be kept with the Protected Documents at all times.

6. At the conclusion of the case by entry of the Court's judgment as to each defendant, counsel for that defendant shall collect all such copies and return them to the government within ten days.

DATED May 29, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge