IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00225-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STANLEY KNIGHT,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the document filed by defendant Stanley Knight on July 27, 2012 [Docket No. 57], which the Court construes as a request to the Court. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's pleading is improper. Therefore, it is

    ORDERED that Docket No. 57 is STRICKEN.

    DATED July 30, 2012.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge